MICHAEL WOLCHANSKY
Homeless Action Center
1432 Franklin Street
P: (510) 836-3260 x323
F: (510) 836-7690
E: mwolchansky@homelessactioncenter.org
State Bar Number: CA 244759

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RAYMOND DARELL CHAPPLE, | ) CIVIL NO. 4:15-cv-06048-KAW |
| Plaintiff, | ) JOINT STIPULATION AND P<s>ROPOSED</s> ORDER FOR AN EXTENSION OF TIME |
| v. | ) |
| CAROLYN W. COLVIN, Commissioner of Social Security | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time for responding to Defendant's Cross Motion for Summary Judgment and Supporting Memorandum be extended from November 7, 2016 to December 7, 2016.  This is Plaintiff's second request for an extension of time. Plaintiff requires this extension due to his attorney's heavy case load through October and November 2016.   The parties further stipulate that all subsequent deadlines set forth in the Court's Procedural Order for Social Security Review Actions shall be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

|   |   |
|---|---|
|   | Respectfully Submitted, |
| Dated: November 2, 2016 | By: /s/Michael Wolchansky<br>MICHAEL WOLCHANSKY<br>Attorney for Plaintiff |
| Dated: November 2, 2016 | By: /s/ Ben Porter<br>BEN PORTER<br>(as authorized via email on November 2, 2016)<br>Attorney for Defendant |

ORDER

APPROVED AND SO ORDERED:

Dated: __11/3/16_____          ___/s/ Kandis Westmore_____
                                                            HONORABLE KANDIS A. WESTMORE
                                                            United State Magistrate Judge